UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERLINDA CASTRO LEON,<br><br>Plaintiff,<br><br>v.<br><br>7-ELEVEN, INC.,<br><br>Defendant. | No. 2:25-cv-02634-DC-AC<br><br>ORDER REMANDING ACTION TO THE SOLANO COUNTY SUPERIOR COURT PURSUANT TO THE STIPULATION OF THE PARTIES<br><br>(Doc. No. 6) |

On October 13, 2025, the parties filed a stipulation in which they agree to remand this action to the Solano County Superior Court, where this action was originally filed. (Doc. No. 6.) Accordingly, and pursuant to the parties' stipulation, this action is remanded to the Solano County Superior Court.

The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **October 16, 2025**

Dena Coggins
United States District Judge